1  AUL Q. GOYETTE, SB 137250
   TAWNI O. PARR, SB 209626
2  GOYETTE & ASSOCIATES, INC.
   11344 COLOMA ROAD, SUITE 145
3  GOLD RIVER, CA 95670
   916-851-1900
4  916-851-1995 FACSIMILE

5  ATTORNEYS FOR DEFENDANT
   STEPHEN SCARSELLA
6

7

8                    UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT

10                      SACRAMENTO DIVISION

11
   MEL TYRONE EDWARD,                    Case No.  CIV-S-03-2584 LKK KJM P
12
           Plaintiff,                    **DEFENDANT SCARSELLA'S *EX***
13                                       ***PARTE* APPLICATION TO EXTEND**
   v.                                    **TIME FOR DEFENDANTS TO FILE**
14                                       **AN OPPOSITION TO PLAINTIFF'S**
   STEPHEN SCARSELLA, et al.             **MOTION FOR SUMMARY**
15                                       **JUDGMENT**
           Defendants.
16  _____/   **ORDER**

17
           Pursuant to Local Rule 6-144, Defendant STEPHEN SCARSELLA applies *ex parte* for an
18
   extension of time for Defendants file their oppositions to Plaintiff's Motion for Summary Judgment,
19
   filed with the Court on or around April 25, 2005.  By this application, STEPHEN SCARSELLA
20
   seeks an extension on behalf of himself and the Defendants in this matter to June 10, 2005 (45 days
21
   from the date of Plaintiff's filing his Motion for Summary Judgment and allowing for Memorial
22
   Day) to file an opposition to the Motion, for the reasons set forth below.
23
           Inasmuch as Plaintiff is incarcerated, and because of the limited time in which to seek a
24
   stipulation for an extension of time, it is unlikely Defendant will be able to obtain a stipulation from
25
   Plaintiff before the opposition due date.  (Par.  6, Declaration of Paul Q. Goyette  filed herewith).
26
   Counsel for Defendant SCARSELLA has contacted David A. Carrasco, counsel for Defendants
27
   CALDERA, CARRERA, and MATHEWS and Mark Kruger, counsel for Defendant SAUNDERS
28

───────────────────────────

ORDER EXTENDING SCARSELLA'S TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT                    1

1  who stipulate to and join in this Application. (Par. 5, Declaration of Paul Q. Goyette)  Defendant

2  SCARSELLA nor any other Defendant has previously requested an *ex parte* extension of time from

3  this Court in this matter.  (Id. at Par. 7)

4        An extension of time is necessary, inasmuch as Defendant SCARSELLA has only recently

5  appeared in this matter and did not receive notice of Plaintiff's Motion for Summary Judgment until

6  Defendant SCARSELLA obtained the Court's file on April 27, 2005 and became aware of such

7  filing. (Par. 2, Declaration of Paul Q. Goyette) Further, given the factual disputes, the time required

8  to contact witnesses and prepare affidavits, and the fact that counsel for Defendant SCARSELLA

9  is not in possession of all of the discovery, additional time is required to prepare the opposition so

10  that the issues may be fully and fairly presented to the Court. (Id. at Par. 4)   An extension of time

11  for all Defendants would also eliminate the need for Plaintiff to file a Reply at different intervals and

12  would thereby reduce any confusion, and needless waste of time and resources for Plaintiff and the

13  Court.

14        Accordingly, Defendant SCARSELLA requests that an extension of time of 45 days be

15  granted and Defendant's oppositions be filed  no later than June 10, 2005.

16        By signing below Defendants hereby stipulate and join in the Application:

17

18  Dated: April 29, 2005          GOYETTE & ASSOCIATES, INC.

19                      A Professional Law Corporation
                            /S/

20                      Paul Q. Goyette
                    Attorney For Defendant Stephen Scarsella

21

22  Dated: April 29, 2005          MARK R. KRUGER, ESQ.
                            /S/

23                      Mark R. Kruger, Esq.
                    Attorney For Defendant Richard Saunders

24  Dated: April 29, 2005          ATTORNEY GENERAL OF THE STATE OF

25                      CALIFORNIA
                            /S/

26                      David A. Carrasco
                    Attorney For Defendants Caldera, Carrera, and
                    Mathews

27

28

Case :       **Edward v. Scarsella, et al.**
Number:      **Civ-S-03-2584 LKK KJM P**

## ORDER

GOOD CAUSE appearing, Defendant SCARSELLA's *ex parte* application to extend time for Defendants to file an opposition's to Plaintiff's Motion for Summary Judgment is GRANTED. Defendants' oppositions shall be filed with this court by June 10, 2005.

IT IS SO ORDERED.

Dated: May 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING SCARSELLA'S TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT                    3