|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

OSCAR W. JONES,

    Plaintiff,                                     No. CIV S-00-2811 GEB KJM P

    vs.

LOU BLANAS, et al.,

    Defendants.

                                  /

ABDULLAH MUHAMMAD,

    Plaintiff,                                     No. CIV S-01-2270 DFL KJM P

    vs.

CHAPLAIN ORTIZ, et al.,

    Defendants.

                                  /

/////
/////
/////
/////
/////

1

```
1  JUMAH ABDULLAHI THOMAS
   MOORE ALI,
2
3          Plaintiff,                           No. CIV S-02-0937 MCE KJM P
4      vs.
5  COUNTY OF SACRAMENTO, et al.,
6          Defendants.
7                                    /
8  MEL TYRONE EDWARD,
9          Plaintiff,                           No. CIV S-03-2584 LKK KJM P
10     vs.
11 S. SCARSELLA, et al.,
12         Defendants.                 ORDER
13                                   /
```

14          Plaintiffs are prisoners proceeding pro se with actions for violation of civil rights
15  under 42 U.S.C. § 1983. Over the course of the last ten months, the court has referred these
16  cases to the Civil Rights Clinic at the University of California, Davis School of Law with the
17  request that clinic staff determine whether the clinic would be willing to represent plaintiffs in
18  the above entitled actions. The referral orders directed the clinic to inform the court at the
19  clinic's "earliest convenience" whether it would be willing to represent plaintiffs in these cases,
20  or if it could otherwise identify counsel for plaintiffs. The clinic has not responded to any of the
21  court's orders.
22          In accordance with the above, IT IS HEREBY ORDERED that the court's prior
23  orders, referring the above-entitled actions to the Civil Rights Clinic at the University of
24  /////
25  /////
26  /////

1 California, Davis School of Law with the request that clinic staff determine whether the clinic
2 would be willing to represent plaintiffs, are hereby withdrawn.
3 DATED: June 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
edwa2584.crc