IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,                      No. CIV S-03-2584 LKK KJM P

    vs.

S. SCARSELLA, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Two separate scheduling orders were filed in this case. The first scheduling order was filed on November 1, 2004 and the second on May 20, 2005. The dates in the November scheduling order will be vacated, and all dates in the May scheduling order are unchanged.

        IT IS HEREBY ORDERED that the dates in the November 1, 2004 scheduling order are vacated.

DATED: August 29, 2005.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

2:edwa2584