IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,                    No. CIV S-03-2584 LKK KJM P

    vs.

S. SCARSELLA, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve his pretrial motions as required by the court's order of May 20, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 14, 2005 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve his pretrial motions.

DATED: October 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
edwa2584.36a