UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MEL TYRONE EDWARD,<br><br>             Plaintiff,<br><br>      v.<br><br>S. SCARSELLA, et al.,<br><br>             Defendants. | No. 2:03-cv-2584 LKK KJM P<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES** |

The court has considered plaintiff's motion to stay and defendants' motion to vacate pretrial and trial dates and good cause appearing,

IT IS ORDERED that the pretrial and trial dates are vacated pending a decision on the parties' cross motions for summary judgment, and these dates shall be rescheduled, if need be, after a decision is made on the motions.

Dated: January 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

**ORDER VACATING PRETRIAL AND TRIAL DATES**

1