IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,               No. CIV S-03-2584 LKK KJM P

    vs.

S. SCARSELLA, et al.,

    Defendants.        <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file and serve objections to the March 2, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 17, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the March 2, 2006 findings and recommendations.

DATED: March 27, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/mp
edwa2584.36