IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD

      Plaintiff,                   No. CIV S-03-02584 ALA P

      vs.

S. SCARSELLA, et al.,

      Defendants.         <u>ORDER</u>

_____/

      On January 6, 2004, plaintiff filed a motion requesting appointment of counsel. On July 19, 2004 the magistrate judge referred this matter to the University of California, King Hall Civil Rights Clinic for review. On June 23, 2005, the magistrate withdrew the referral of this matter to the University of California, King Hall Civil Rights Clinic. On August 3, 2007, the court denied defendants' motion for summary judgment.

      Upon review of the file and good cause appearing therefor, the court finds as follows:

      Efforts to obtain legal representation without order of this court would be futile;

      1. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and is otherwise without resources to obtain counsel;

1

2. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

3. This case is not a fee generating case within the meaning of California Business and Professions Code § 8030.4(g); and

4. This case has sufficient merit to warrant appointment pursuant to General Order No. 230.

Accordingly, it is ORDERED that:

1. The court requests Ms. Nora Cregan or Ms. Hilarie Lieber, Bingham McCutchen LLP, Three Embarcadero Center, San Francisco, California 94111 to undertake representation of the plaintiff through pretrial proceedings and through trial;

2. Counsel shall, within 30 days of this order, notify the court of availability;

3. Plaintiff and defendant are temporarily relieved of their obligations to file pretrial statements.

DATED: August 10, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation