IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                    No. CIV S-03-2584 ALA P

   vs.

STEPHEN SCARSELLA, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Defendant Scarsella has requested an extension of time to disclose expert witnesses per FRCP 26(2)(A). Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendant Scarsella's *ex parte* application to extend time for the parties to disclose expert witnesses is granted; and

      2. The parties are ordered to disclose expert witnesses on or before September 27, 2007.

DATED: August 15, 2007

                                <u>/s/ Arthur L. Alarcón</u>
                                UNITED STATES CIRCUIT JUDGE
                                Sitting by Designation