IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD

    Plaintiff,                    No. CIV S-03-02584 ALA P

    vs.

S. SCARSELLA, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On July 19, 2007, Plaintiff filed a document entitled "Plaintiffs Motion to Re-Set And Reschedule Re-Trial and Trial Dates In This Matter" seeking to have pretrial and trial dates that had been vacated re-set so that the matter could proceed to trial. On August 3, 2007 this court resolved the outstanding motions for summary judgment. On August 9, 2007 Plaintiff filed a letter with the court requesting a ruling on his "motion." On August 10, 2007, this court issued an order re-setting dates for pretrial conference and jury trial. Thus, pretrial and trial dates in this matter have been reset.

        Accordingly, it is ORDERED that Plaintiff's motion is denied as moot.

DATED: August 15, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation