IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                      No. CIV S-03-02584 ALA P

  vs.

S. SCARSELLA, et al.,

      Defendants.           <u>ORDER</u>

_____/

      On August 13, 2007, this court requested that Ms. Nora Cregan or Ms. Hilarie Lieber, from the law firm of Bingham McCutchen LLP, contact this court to determine if either could represent Plaintiff in the pending trial. The court has received notice that neither counsel is able to undertake the representation. Further, the court is unable to locate any other attorneys willing to undertake the representation. As such, Plaintiff must proceed in this matter without counsel. With the matter of appointment of counsel resolved, the court will now order the parties to file their pretrial statements.

      Accordingly, it is ORDERED that:

      1. Plaintiff will proceed in this matter without appointed counsel; and

      2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before October 15, 2007. Defendants shall file

1 their pretrial statements on or before November 1, 2007.  The parties are advised that failure to
2 file a pretrial statement may result in the imposition of sanctions, including dismissal of this
3 action.

5 DATED: September 11, 2007

                /s/ Arthur L. Alarcón
                UNITED STATES CIRCUIT JUDGE
                Sitting by Designation