IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,                    No. CIV S-03-02584 ALA P

    vs.

S. SCARSELLA, et al.,

    Defendants.          <u>ORDER</u>

_____/

    On October 15, 2007, Plaintiff filed a motion to compel requested discovery. The court requests Defendants file a response to Plaintiff's filing prior to the court issuing its ruling.

    In view of the above, IT IS HEREBY ORDERED that Defendants file a response to the above captioned filing within fourteen (14) days of the date of this order.

/////

DATED: October 22, 2007

                                                /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation