IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,                    No. CIV S-03-02584 ALA P

    vs.

S. SCARSELLA, et al.,

    Defendants.              <u>ORDER</u>

_____/

      On October 31, 2007, Plaintiff Mel Edward and Defendants D. Matthews, J. Caldero and A. Correa submitted a stipulation for voluntary dismissal with prejudice. Accordingly, IT IS HEREBY ORDERED that Defendants D. Matthews, J. Caldero and A. Correa are dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a).

/////

DATED: November 6, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation