IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

        Plaintiff,                     No. CIV S-03-2584 ALA P

    vs.

S. SCARSELLA, et al.,

        Defendants.         ORDER

_____/

        Plaintiff Mel Edward, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. The parties have filed pretrial statements as directed by the court's October 10, 2007 order. After review of the pretrial statements the court finds that a settlement conference is appropriate.

        Therefore, IT IS HEREBY ORDERED that:

        1. The jury trial set before the Honorable Arthur L. Alarcón on November 27, 2007, is hereby vacated;

        2. The parties are ordered to appear for a settlement conference on December 14, 2007, at 9 a.m. in courtroom #24 on the 8th floor before the Honorable Gregory G. Hollows;

        3. The parties are ordered to send confidential settlement conference statements to Judge Hollows chambers on or before December 7, 2007;

1      4. The Order & Writ of Habeas Corpus Ad Testificandum filed on October 29,
2  2007, for Plaintiff **Mel Tyrone Edward**, inmate # **D-95030**, is continued to December 14, 2007
3  at 9 a.m., at which time Mr. Edward shall appear;
4      5. The Order & Writ of Habeas Corpus Ad Testificandum filed on October 29,
5  2007, for **Zari S. Young**, inmate # **J-03193**, is hereby vacated;
6      6. The Clerk of the Court is directed to serve a courtesy copy of this order on the
7  Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California
8  95671; to Warden Tom Felker of High Desert State Prison, 475-750 Rice Cayon Road, PO Box
9  750, Susanville, Ca 96127; and to Robert Horel, the Warden of Pelican Bay State Prison 5905
10 Lake Earl Drive, PO Box 7000, Crescent City, Ca 95531.
11 /////
12 DATED: November 16, 2007

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation