IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

     Plaintiff,                    No. CIV S-03-2584 ALA P

     vs.

S. SCARSELLA, et al.,

     Defendants.         <u>ORDER</u>

        Plaintiff Mel Edward, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  On November 28, 2007, Plaintiff filed a request for a continuance of the settlement conference currently set for December 14, 2007, because Plaintiff has recently been transferred to a new prison and all of Plaintiff's property had not been forward to Plaintiff's new prison.

        Defendant Scarsella filed an opposition to Plaintiff's request on November 30, 2007.  On December 3, 2007, Defendant Saunders joined in Defendant Scarsella's opposition.  Defendants argue that Plaintiff has not shown good cause justifying a continuance.  The court concurs.

        Therefore, IT IS HEREBY ORDERED that Plaintiff's November 28, 2007, request for a continuance is DENIED.

/////

1  /////

2  DATED: December 4, 2007

3

4                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation