IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                        No. CIV S-03-2584 ALA P

  vs.

STEPHEN SCARSELLA, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff Mel Edward, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On December 14, 2007, the parties attended a settlement conference before Magistrate Judge Hollows. Plaintiff and Defendant Saunders agreed to a settlement. Magistrate Judge Hollows ordered that all dispositional documents relating to the settlement be filed within thirty days of that date. On January 14, 2008, Defendant Saunders filed a request for an extension of time to comply with that order. Good cause appearing, that request will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

          1. Defendant Saunders January 14, 2008, motion for an extension of time to submit dispositional documents is GRANTED; and

          2. The parties are granted forty-two (42) days from the date of this order to submit dispositional documents.

1   /////

2   DATED: January 24, 2008

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation