`

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                                      No. CIV S-03-02584 ALA P

    vs.

S. SCARSELLA, et al.,

      Defendants.                                  ORDER

_____/

      On February 7, 2008, plaintiff Mel Edward and defendant Richard Saunders submitted a stipulation for voluntary dismissal with prejudice. Accordingly, IT IS HEREBY ORDERED that defendant Richard Saunders is dismissed from this action with prejudice pursuant to FED. R. CIV. P. 41(a).

/////

DATED: February 8, 2008

                                                        /s/ Arthur L. Alarcón  
                                                        UNITED STATES CIRCUIT JUDGE  
                                                        Sitting by Designation