IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,                          No. CIV S-03-2584 ALA P

    vs.

STEPHEN SCARSELLA, et al.,

    Defendants.                   <u>ORDER</u>

_____/

      Good cause appearing therefore, discovery will be reopened in this matter. All discovery shall be completed by April 28, 2008.

      The Plaintiff has requested discovery of the items set forth in his Plaintiff's Status Conference Statement. Defendant's counsel has stated that some of these items are not in his possession or are not discoverable. Defendant's counsel is directed to notify the Court and opposing counsel within five days which of these items will be provided to the Plaintiff, and which items cannot be provided and the reasons therefore. Plaintiff's counsel may file a response within five days after receiving defense counsel's notification of the discovery items in his possession.

      The request that Plaintiff may take Mr. Scarsella's deposition is GRANTED.

1  A trial confirmation hearing is set for May 13, 2008, at 4:30 p.m., before the Honorable
2  Arthur L. Alarcón.  Whether the hearing shall be conducted in person or telephonically will be
3  determined at a later date.  If any counsel is unable to appear in person, he or she may appear
4  telephonically.
5  The trial date of June 17, 2008 is VACATED.  Trial will be reset for July 22, 2008, at
6  9:00 a.m. in a courtroom to be determined.
7  /////
8  DATED: February 27, 2008

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation