IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

     Plaintiff,                         No. CIV S-03-2584 ALA P

     vs.

STEPHEN SCARSELLA, et al.,

     Defendants.               <u>ORDER</u>

_____/

     Plaintiff Mel Edward, a state prisoner, seeks relief pursuant to 42 U.S.C. § 1983. This matter is presently set for trial on July 22, 2008. On March 11, 2008, defendant Scarsella filed a motion to continue the trial. In that motion, defendant Scarsella states that he has contacted plaintiff and that plaintiff does not object to a continuance. Good cause appearing, defendant's motion will be granted.

/////

     Accordingly, IT IS HEREBY ORDERED that:

     1. Defendant's March 11, 2008, motion to continue the trial is GRANTED;

     2. The trial date of July 22, 2008, is hereby VACATED;

     3. This matter is now set for trial on August 11, 2008, at 9 a.m. in front of the Honorable Arthur L. Alarcón, in a courtroom to be determined; and

4. The date for the trial confirmation hearing, presently set for May 13, 2008, at 4:30 p.m., will not be altered.

/////

DATED: March 13, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation