IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,

    vs.

STEPHEN SCARSELLA, et al.,

    Defendants.

No. CIV S-03-2584 ALA P

ORDER

_____/

    The trial confirmation hearing set for May 13, 2008 at 4:30 p.m. before the Honorable Arthur L. Alarcón is vacated.. The trial confirmation hearing is now scheduled for July 1, 2008 at 4:30 p.m.

/////

DATED: March 19, 2008

    /s/ Arthur L. Alarcón
    UNITED STATES CIRCUIT JUDGE
    Sitting by Designation