IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                        No. CIV S-03-02584 ALA P

  vs.

STEPHEN SCARSELLA, et al.,

      Defendants.              <u>ORDER</u>

_____/

      The parties appeared before the Court today via a teleconference to discuss Defendant's responses to Plaintiff's Status Conference Discovery Requests. (Docket Nos. 157, 159, 160, 161). The parties agreed as follows, therefore, good cause appearing, it is hereby ORDERED that:

1. Within two weeks from the date of this Order, Defendant will provide his mental health records to the Court in response to Plaintiff's request number 9. (Docket No. 157). The Court will review the documents in camera to determine if they are relevant.

2. Defendant will provide the transcripts within his possession related to the grand jury and trial proceedings in response to Plaintiff's request number 5. (Docket No. 157).

1

3. Plaintiff will provide his medical records within his possession to Defendant.

/////

DATED: March 24, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation