IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRON EDWARD,

    Plaintiff,                        Case No. 2:03-cv-02584 ALA (P)

    vs.

STEPHEN SCARSELLA, et al.,

    Defendants.                  <u>ORDER</u>

_____/

      On March 28, 2008, Defendant Stephen Scarsella filed a Motion for Discovery to take Plaintiff's deposition. (Doc. 168). On April 22, 2008, Plaintiff filed an opposition to the motion. (Doc. 173). IT IS HEREBY ORDERED that Defendant Scarsella file a reply to Plaintiff's opposition on or before April 30, 2008.

///

DATED: April 23, 2008

                                                /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT  JUDGE
                                               Sitting by Designation