IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN HAWK,

    Petitioner,                   Case No. 2:03-cv-02584 ALA (HC)

  vs.

TOM CAREY, Warden, et al.,

    Respondents.             <u>ORDER</u>

_____/

     On January 25, 2008, Respondent filed a motion to dismiss. (Doc. 17). On February 29, 2008, Petitioner filed an opposition to the motion. (Doc. 19). IT IS HEREBY ORDERED that Respondent shall file a reply to Petitioner's opposition within in fourteen (14) days from the date of this order.

/////

DATED: April 25, 2008

                                          /s/ Arthur L. Alarcón

                                          UNITED STATES CIRCUIT JUDGE

                                          Sitting by Designation