IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

     Plaintiff,                   Case No. 2:03-cv-2584 ALA (P)

     vs.

STEPHEN SCARSELLA, et al.,

     Defendants.            **ORDER**

_____/

     On April 23, 2008, Plaintiff's appointed counsel sought this Court's authorization to incur expenditures totaling $9,000. (Doc. 175). This amount includes: "Document Review/Report Writing - $3,000; Deposition - $1,500; Travel Expenses - $1,500; Preparation of Testimony and Testimony in Court - $3,000." (Doc. 175). Pursuant to General Order No. 230, this Court is authorized to grant this request.

///

///

     Accordingly, **IT IS HEREBY ORDERED** that:

         1. The above expenditures are approved.

         2. Plaintiff's appointed counsel must submit this Order, documentation of expenditures associated with the expenditures, to Ms. Leslie Medina, Financial Administrator for

1

1 the United States District Court, Eastern District of California, to be reimbursed.

3 DATED: April 28, 2008

<pre>
                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation
</pre>