IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

    Plaintiff,                    Case No. 2:03-cv-2584 ALA (PC)

    vs.

STEPHEN SCARSELLA, et al.,

    Defendants.             **ORDER**

_____/

    On April, 17, 2008, Plaintiff's appointed counsel, Mr. Thomas Rector and Ms. Christy O'Connor, sought this Court's authorization to incur costs for taking a deposition of Defendant Scarsella. Plaintiff's counsel also requested reimbursement for expenditures associated with deposing Defendant Scarsella. Pursuant to General Order No. 230, this Court is authorized to grant this request.

    Accordingly, **IT IS HEREBY ORDERED** that:

        1. Plaintiff's appointed counsel be reimbursed for expenditures associated with taking a deposition of Defendant Scarsella, which shall not exceed $3,900; and

        2. Plaintiff's appointed counsel must submit this Order, documentation of

/////

1

expenditures associated with the taking of the deposition, and the included form to Ms. Leslie Medina, Financial Administrator for the United States District Court, Eastern District of California, to be reimbursed.

DATED: April 28, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation