IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                                  Case No. 2:03-cv-2584 ALA (P)

  vs.

STEPHEN SCARSELLA, et al.,

      Defendants.                                **ORDER**

_____/

      Plaintiff Mel Edward has informed that Court that he "withdraws his request of for discovery of defendant's mental health records at this time." (Doc. No. 189). Mr. Edward has requested that the "Court retain for trial the mental health records that were submitted *in camera*." (*Id.*). This request is granted. Good cause appearing, it is hereby ORDERED that the Court will retain the mental health records that Mr. Scarsella submitted *in camera*.

///

DATED: May 22, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation