1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MEL TYRONE EDWARD,

11              Plaintiff,              No. 2:03-cv-02584 ALA (P)

12         vs.

13   S. SCARSELLA, et al.,

14              Defendants.             ORDER

15   _____/

16         The parties have advised the Court that mediation would be both productive and

17   appropriate in this case, and have requested that this matter be referred to Judge Gregory G.

18   Hollows for mediation.

19         The Court agrees.  Therefore, this matter is REFERRED to Judge Hollows for mediation.

20   The parties should consult with Judge Hollows as to which dates are suitable.

21   /////

22   DATED: July 25, 2008

23                                      /s/ Arthur L. Alarcón
                                        _____
                                        UNITED STATES CIRCUIT JUDGE
24                                      Sitting by Designation

25