1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10      MEL TYRONE EDWARD,

11                   Plaintiff,                    No. 2:03-cv-02584 ALA (P)

12              vs.

13      STEPHEN SCARSELLA, et al.,

14                   Defendants.                   ORDER

15      _____/

16              On July 31, 2008, Defendant Stephen Scarsella filed a "Motion to Join the

17      California Department of Corrections and Rehabilitation as a Defendant Under Rule 19," and a

18      declaration in support thereof.   (Doc. Nos. 204-205).  Plaintiff is hereby ORDERED to file a

19      response to this motion, on or before August 12, 2008.

20      /////

21      DATED: August 5, 2008

22                                                 /s/ Arthur L. Alarcón

23                                                 _____
                                                   UNITED STATES CIRCUIT JUDGE
24                                                 Sitting by Designation

25