IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

     Plaintiff,                  No. 2:03-cv-02584 ALA (P)

     vs.

STEPHEN SCARSELLA,

     Defendant.               <u>ORDER</u>

_____/

     On July 31, 2008, Defendant Stephen Scarsella filed a "Motion to Join the California Department of Corrections and Rehabilitation as a Defendant Under Rule 19," and a declaration in support thereof.  (Doc. Nos. 204-205).  On August 6, 2008, the Court ordered Plaintiff to file a response to Defendant's motion, on or before August 12, 2008.  (Doc. No. 207).  That same day, Defendant filed a "Notice of Withdrawl of Motion for Joinder."  (Doc. No. 206).  The motion is uncontested.

     Based on the foregoing it is hereby ORDERED that:

     1. The order of the Court directing Plaintiff to file a response to Defendant's Motion for Joinder  (Doc. No. 207) is VACATED; and,

////

////

    2.  Defendant's request to withdraw the motion for joinder (Doc. No. 206) is GRANTED.

////

DATED: August 7, 2008

                                               /s/ Arthur L. Alarcón  
                                               UNITED STATES CIRCUIT  JUDGE  
                                               Sitting by Designation