IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                        No. 2:03-cv-02584 ALA (P)

      vs.

STEPHEN SCARSELLA,

      Defendant.                     <u>ORDER</u>

_____/

      On January 2, 2008, Defendant Stephen Scarsella filed an ex parte motion for continuance of the trial date set for June 17, 2008. (Doc. 138). In light of the Court's subsequently issued revised scheduling order, filed on July 3, 2008 (Doc. No. 194), setting the trial date for December 1, 2008, Defendant's motion is DENIED as moot.

      Based on the foregoing it is hereby ORDERED that Defendant's motion for a continuance, filed January 2, 2008, (Doc. 138) is DENIED as moot.

////

DATED: August 8, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation