IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

      Plaintiff,                      No. 2:03-cv-02584 ALA (P)

      vs.

STEPHEN SCARSELLA,

      Defendant.                <u>ORDER</u>

_____/

      On October 15, 2007, Plaintiff Mel Edward, proceeding in pro se, filed two motions: 1) a "Motion to Obtain Attendance of Incarcerated Witness for Trial, Who Agree to Testify Voluntarily"; and, 2) a "Motion to Obtain Attendance of Unincarcerated Witness Who Agrees to Testify Voluntarily." (Doc. No. 108). In light of the fact that Plaintiff is now represented by counsel, the Court is hereby directing counsel for Plaintiff to inform the Court whether these motions should be considered and ruled upon, or whether new motions will be forthcoming rendering these motions moot.

////

////

////

////

1  Based on the foregoing it is hereby ORDERED that Plaintiff's counsel will respond to
2 this order no later than August 19, 2008.
3 ////
4 DATED: August 12, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation