IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,

        Plaintiff,                  Case No.  2:03-cv-02584 ALA (P)

    vs.

S. SCARSELLA, et al.,

        Defendants.          <u>ORDER</u>

     On July 25, 2008, the parties filed a joint request that this matter be referred to Magistrate Judge Gregory G. Hollows for mediation. (Doc. No. 199).  This Court granted the request the same day (Doc. No.  201) and on July 28, 2008, a settlement conference was set for August 20, 2008 at 9:00 a.m. before Judge Hollows.  (Doc. No. 202).  Settlement conference statements are due today, August 13, 2008.  (Doc. No. 202).

     On August 12, 2008, Plaintiff filed a request to reset the mediation date in this case and to appoint an alternate mediator, citing as grounds lead counsel for plaintiff's unavailability on August 20, 2008, and Judge Hollows' unavailability in September and October 2008.

     **Accordingly, IT IS HEREBY ORDERED that:**

     1.     The parties are to file their settlement conference statements with Magistrate Judge Hollows no later than August 15, 2008.

1

2. Defendant shall file a response to plaintiff's request no later than August 15, 2008, or, in the alternative, the parties may file a joint request referring this matter to a mutually agreeable new magistrate, with dates the agreed upon magistrate is available, no later than August 15, 2008.

////

DATED: August 13, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation