1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MEL TYRONE EDWARD,

11              Plaintiff,                    No. 2:03-cv-02584 ALA (PC)

12        vs.

13   S. SCARSELLA, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16        The parties have requested that this matter be referred to Magistrate Judge Dale A. Drozd

17   for mediation, in lieu of Magistrate Hollows.  The mediation is scheduled to take place on

18   September 4, 2008, at 10:00 a.m. before Magistrate Judge Drozd.

19        Accordingly, IT IS HEREBY ORDERED that:

20             1.  The mediation statement deadline of August 15, 2008 is VACATED;

21             2.  The mediation scheduled to take place before Magistrate Judge Hollows on

22   August 20, 2008 is VACATED;

23             3.  Mediation statements are now due on August 28, 2008;

24             4.  The mediation  will take place on September 4, 2008, at 10:00 a.m. before

25   Magistrate Judge Drozd.

26   /////

1    DATED: August 15, 2008

2                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
3                                              Sitting by Designation

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26