IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRON EDWARD,

    Plaintiff,    Case No. 2:03-cv-02584 ALA (P)

  vs.

STEPHEN SCARSELLA, et al.,

    Defendants.    <u>ORDER</u>

_____/

    The trial confirmation hearing scheduled to take place via teleconference, set for this matter on November 14, 2008, at 10:00 a.m, is hereby VACATED .

/////

DATED: November 10, 2008

                                /s/ Arthur L. Alarcón
                                UNITED STATES CIRCUIT  JUDGE
                                Sitting by Designation