IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRON EDWARD,

    Plaintiff,                    Case No. 2:03-cv-02584 ALA (P)

    vs.

STEPHEN SCARSELLA, et al.,

    Defendants.              <u>ORDER</u>

_____/

    On November 13, 2008, Plaintiff filed a stipulation for dismissal signed by both parties after a settlement was reached on November 3, 2008. Good cause appearing, all claims in this action are hereby DISMISSED with prejudice.

/////

DATED: December 11, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation